OCTOBER 17, 1949

**No. 7749.**—┼—*Bert Friedberg & Co.* v. *United States.* Entered at San Francisco, Calif. Reap. Dec. 7584. Motion by plaintiff.